UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RODERICK BERNARD LEWIS,

    Petitioner,

v.                                                      Case No. 8:20-cv-2255-WFJ-AAS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

Mr. Lewis moves for a certificate of appealability (COA) (Doc. 9) and to proceed on appeal *in forma pauperis* (Doc. 11). A COA is not required to appeal because Mr. Lewis' Section 2254 habeas petition was dismissed as an unauthorized second or successive petition (see Doc. 6). *See Hutto v. Lawrence Cty., Alabama*, 717 F. App'x 960 (11th Cir. 2018) ("A certificate of appealability (COA), typically required for appeals from a final order of a habeas proceeding, is not required for an appeal of an order dismissing a petitioner's filing as a successive habeas petition.") (citing 28 U.S.C. § 2253(c); *Hubbard v. Campbell*, 379 F.3d 1245, 1247 (11th Cir. 2004) (per curiam)). And Mr. Lewis may not proceed on appeal *in forma pauperis* because he has $2,102.19 in his prison bank account and no dependents (Doc. 11, pp. 2, 5). *See Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir.2004) (an applicant must show he "is unable to pay for the court fees and costs, and to support and

1

provide necessities for himself and his dependents.").

Accordingly, Mr. Lewis' motion for a COA (Doc. 9) and motion to proceed on appeal *in forma pauperis* (Doc. 11) are **DENIED**.

**ORDERED** in Tampa, Florida, on August 4, 2021.

_____
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

Copy to: Roderick B. Lewis, *pro se*